# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| Jason R. Harker, | ) |
| Plaintiff, | ) **ORDER RE ADMISSION** |
| | ) **PRO HAC VICE** |
| vs. | ) |
| Harvie's Hot Shot Service and Trucking, Inc., a Montana corporation, | ) |
| | ) Case No. 1:14-cv-038 |
| Defendants. | ) |

Before the court is are motions for attorneys Bradley L. Booke and Robert P. Schuster to appear *pro hac vice* on plaintiff's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Bradley L. Booke and Robert P. Schuster have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the motions (Docket Nos. 4 and 5 ) are **GRANTED**. Attorneys Bradley L. Booke and Robert P. Schuster are admitted to practice before this court in the above-entitled action on plaintiff's behalf.

**IT IS SO ORDERED.**

Dated this 9th day of April, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge