# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| Jason R. Harker, | ) |
|         Plaintiff, | ) **ORDER ADOPTING STIPULATION** |
| | ) **FOR DISMISSAL WITH PREJUDICE** |
| vs. | ) |
| | ) |
| Harvie's Hot Shot Service and Trucking, Inc., a Montana corporation, | ) Case No. 1:14-cv-038 |
| | ) |
|         Defendant. | ) |

Before the court is a "Stipulation for Dismissal with Prejudice" filed July 20, 2015. The court **ADOPTS** the stipulation (Docket No. 66) and **ORDERS** the above-captioned case dismissed with prejudice and without costs or fees to either party.

Dated this 21st day of July, 2015.

                                            */s/ Charles S. Miller, Jr.*
                                            Charles S. Miller, Jr., Magistrate Judge
                                            United States District Court